TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00592-CV

Jane Vorwerk, Appellant

v.

Estate of Rose S. Matyastik, Deceased, Appellee

FROM THE DISTRICT COURT OF MILAM COUNTY, 20TH JUDICIAL DISTRICT

NO. 26,497, HONORABLE CHARLES W. LANCE, JUDGE PRESIDING 

PER CURIAM

 In this appeal, appellant complains of a district court August 13, 1999 order which
declared her a vexatious litigant and required her to post security. The August 13, 1999 order
has been set aside by this Court's opinion in In re Jane Vorwerk, 03-99-478-CV, handed down
today. Accordingly, we dismiss as moot the appeal in 03-99-592-CV and appellant's motion to
extend time to file notice of appeal or to order the clerk to correct file date. 

Before Justices Jones, B. A. Smith and Yeakel

Appeal Dismissed as Moot

Filed: November 30, 1999

Do Not Publish